F. R. TRIPLER & CO., INC., ET AL. *v.* UNITED STATES

**No. 7111.**—Invoices dated London, England, June 7, 1946, etc.
Certified June 11, 1946, etc.
Entered at New York, N. Y., August 12, 1946.
Entry No. 712429, etc.

(Decided March 31, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

BRITISH MERCHANDISE CENTRE, LTD., ET AL. *v.* UNITED STATES

**No. 7112.**—Invoices dated Hertford, England, July 19, 1946, etc.
Certified July 23, 1946, etc.
Entered at New York, N. Y., August 13, 1946, etc.
Entry Nos. 712689; 769256.

(Decided March 31, 1947)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.